FILED
2:35 PM
APR 10 2023
LESLIE MASON
CIRCUIT CLERK

IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS
OSCEOLA DISTRICT

DIANA OLIVAS, ALBERTO HERNANDEZ
and PUERTO JAIVO, LLC                                           PLAINTIFFS

vs.                                          CASE NO. 47OCV-23-27(SE)

STATE FARM FIRE AND CASUALTY
COMPANY                                                          DEFENDANT

## COMPLAINT

COME NOW the Plaintiffs, Diana Olivas, Alberto Hernandez and Puerto Jaivo, LLC, by and through counsel, and for their cause of action against Defendant State Farm Fire and Casualty Company, states as follows:

### I. PARTIES

1. Plaintiffs Diana Olivas and Alberto Hernandez are adult resident citizens of Kennett, Dunklin County, Missouri.

2. Plaintiff Puerto Jaivo, LLC is a Missouri limited liability company with its principal place of business in Kennett, Dunklin County, Missouri, properly registered with the Arkansas Secretary of State and authorized to conduct business in the State of Arkansas.

3. Defendant State Farm Fire and Casualty Company, (hereinafter referred to as "State Farm") is an insurance company with its principal place of business in the State of Illinois. Pursuant to Ark. Code Ann. §23-63-301, Defendant State Farm may be served with process of this Court by delivering copies of the Summons and Complaint to an office, partner, of managing or general agent, or any agent authorized by appointment of by law to receive service of Summons, or by mailing a copy of the Summons and Complaint by registered or certified mail to the Defendant at the following address:



EXHIBIT A

Registered Agent
State Farm Fire and Casualty Company
1 State Farm Plaza
Bloomington, Illinois 61710

## II. FACTS

5. On or about February 26, 2020, Plaintiffs Diana Olivas, Alberto Hernandez and Puerto Jaivo, LLC renewed with Defendant State Farm their existing Businessowners Policy for the Puerto Jaivo restaurant located at 1000 Ohlendorf Road, Osceola, Arkansas, Policy No. 94-BS-T1001. *See* Exhibit 1.

6. Pursuant to the terms of the subject policy and in consideration of the payment of the agreed premium, Defendant State Farm insured the Plaintiffs' premises located at 1000 Ohlendorf Road, Osceola, Arkansas, against certain named perils, including fire.

7. On or about April 11, 2020, fire consumed and totally destroyed the insured premises and its contents.

8. The loss was a total loss as contemplated and defined by Ark. Code Ann. §23-88-101, *et seq*.

9. The Plaintiffs sustained accidental direct physical loss to the insured premises and its contents, as that term is defined by the subject policy.

10. The Plaintiffs provided prompt and timely notice of the loss to Defendant State Farm and complied with each and every term, condition and requirement of the subject policy, including the submission of a *Sworn Statement in Proof of Loss* form and submission to examinations under oath.

11. The Plaintiffs made no misrepresentation of material fact during the presentation of the claim.

12. The Plaintiffs' loss notwithstanding, Defendant State Farm denied Claim No. 04-05X7-34V, failing and refusing to pay the Plaintiffs' claim of loss. *See* Exhibit 2.

13. Pursuant to the express terms of State Farm Policy No. 94-BS-T1001 and applicable Arkansas law, the Plaintiffs are entitled to indemnity totaling $463,900, less the $2,500 deductible. *See* Exhibit 1.

14. In addition, the Plaintiffs are entitled to recover the reasonable costs of debris removal, fire department charges of up to $2,500 and actual lost income and extra expenses incurred during the twelve (12) months following the April 11, 2020, fire.

### III. CAUSE OF ACTION – BREACH OF CONTRACT

15. State Farm Policy No. 94-BS-T1001 constitutes a valid, binding and enforceable contract between the Plaintiffs and State Farm.

16. Defendant State Farm's failure and refusal to pay the Plaintiffs' claim of loss in a timely manner and in accordance with the express terms of the subject policy and applicable Arkansas law constitutes a material breach of the written insurance contract between Plaintiffs and Defendant.

17. The Plaintiffs are entitled to recover from Defendant State Farm compensatory damages equal to the indemnity due under State Farm Policy No. 94-BS-T1001, including but not limited to $463,900 for the business premises, less a $2,500 deductible, the reasonable costs of debris removal, fire department charges of up to $2,500 and actual lost income and extra expenses incurred during the twelve (12) months following the April 11, 2020, fire.

18. In addition, the Plaintiffs are entitled to recover prejudgment interest at the legal rate of six percent (6.0%) per annum pursuant to Ark. Code Ann. §4-57-101(d), from the date of the breach until the date of judgment.

19. In addition, the Plaintiffs are entitled to recover twelve percent (12%) damages upon the amount of the loss, together with all reasonable attorney's fees for the prosecution and collection of the loss, pursuant to Ark. Code Ann §23-79-208.

20. Alternatively, the Plaintiffs are entitled to recover all reasonable attorney's fees to be assessed by the court and collected as costs pursuant to Ark. Code Ann §16-22-308.

21. The Plaintiffs reserve the right to amend this Complaint based upon discovery, including but not limited to alternative causes of action and additional coverages available under the subject policy.

WHEREFORE PREMISES CONSIDERED, Plaintiffs Diana Olivas, Alberto Hernandez and Puerto Jaivo, LLC, pray that this Court enter judgment against Defendant State Farm Mutual Insurance Company actual compensatory damages equal to the indemnity due under State Farm Policy No. 94-BS-T1001, including but not limited to $463,900 for the business premises, less a $2,500 deductible, the reasonable costs of debris removal, fire department charges of up to $2,500 and actual lost income and extra expenses incurred during the twelve (12) months following the April 11, 2020, fire; statutory exemplary damages and reasonable attorney's fees pursuant to Ark. Code Ann. §23-79-208; prejudgment interest from the date of breach until the date of judgment; post-judgment interest at the statutory rate; all costs of court; and for such other and further relief as may be just and proper.

Respectfully submitted,

LAW OFFICE OF
WENDELL L. HOSKINS II
404 Ward Avenue
Post Office Box 1115
Caruthersville, Missouri 63830
Phone: 573-333-2600
Fax: 573-333-2041
Wendell@WendellHoskins.com

_____
WENDELL L. HOSKINS II
Arkansas Bar No. 93070
Attorney for Plaintiffs



STATE FARM FIRE AND CASUALTY COMPANY
A STOCK COMPANY WITH HOME OFFICES IN BLOOMINGTON, ILLINOIS

PO Box 853925
Richardson, TX 75085-3925

**Named Insured**

AT2
004496 3125 M-22-9C89-FA93 F Z
PUERTO JAIVO LLC
603 S MAIN ST
KENNETT MO  63857-3543

**RENEWAL DECLARATIONS**

| Policy Number | 94-BS-T100-1 |
|---|---|
| Policy Period | Effective Date | Expiration Da |
| 12 Months | FEB 26 2020 | FEB 26 2021 |

The policy period begins and ends at 12:01 am standard time at the premises location.

**Agent and Mailing Address**
KENNY FORD INS AGCY INC
PO BOX 1167
PARAGOULD AR  72451-1167

PHONE: (870) 236-2222


FILED
APR 10 2023
LESLIE MASON
CIRCUIT CLERK

## Businessowners Policy

**Automatic Renewal** - If the policy period is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules ar forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice i compliance with the policy provisions or as required by law.

Entity: Limited Liability Company

NOTICE: Information concerning changes in your policy language is included. Please call your agent if you have any questions.


POLICY PREMIUM            $ 3,610.00

Discounts Applied:
 Renewal Year
 Years in Business
 Protective Devices
 Claim Record



© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Prepared
DEC 16 2019
CMP-4000

029559 294   I
N

Continued on Reverse Side of Page

Page 1 of 7

563-CCS a.2 05-31-2011 (01D231c)

## RENEWAL DECLARATIONS (CONTINUED)

Businessowners Policy for PUERTO JAIVO LLC
Policy Number        94-BS-T100-1

### SECTION I - PROPERTY SCHEDULE

| Location Number | Location of Described Premises | Limit of Insurance* Coverage A - Buildings | Limit of Insurance* Coverage B - Business Personal Property | Seasonal Increase- Business Personal Property |
|---|---|---|---|---|
| 001 | 1000 OHLENDORF RD OSCEOLA AR 72370-3693 Subzone:03 | $ 463,900 | No Coverage | N/A |

* As of the effective date of this policy, the Limit of Insurance as shown includes any increase in the limit due to Inflation Coverage

### SECTION I - INFLATION COVERAGE INDEX(ES)

Cov A - Inflation Coverage Index:        175.8
Cov B - Consumer Price Index:            N/A

### SECTION I - DEDUCTIBLES

**Basic Deductible**            $2,500

**Special Deductibles:**

Money and Securities        $250        Equipment Breakdown        $2,500

Other deductibles may apply - refer to policy.

Prepared
DEC 16 2019
CMP-4000
029559

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Continued on Next Page

Page 2 of 7


StateFarm

M 29559

**RENEWAL DECLARATIONS (CONTINUED)**

Businessowners Policy for PUERTO JAIVO LLC
Policy Number 94-BS-T100-1

## SECTION I - EXTENSIONS OF COVERAGE - LIMIT OF INSURANCE - EACH DESCRIBED PREMISES

The coverages and corresponding limits shown below apply separately to each described premises shown in these Declarations, unless indicated by "See Schedule." If a coverage does not have a corresponding limit shown below, but has "Included" indicated, please refer to that policy provision for an explanation of that coverage.

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| Accounts Receivable | |
| On Premises | $10,000 |
| Off Premises | $5,000 |
| Arson Reward | $5,000 |
| Collapse | Included |
| Damage To Non-Owned Buildings From Theft, Burglary Or Robbery | Coverage B Limit |
| Debris Removal | 25% of covered loss |
| Equipment Breakdown | Included |
| Fire Department Service Charge | $2,500 |
| Fire Extinguisher Systems Recharge Expense | $5,000 |
| Forgery Or Alteration | $10,000 |
| Glass Expenses | Included |
| Increased Cost Of Construction And Demolition Costs (applies only when buildings are insured on a replacement cost basis) | 10% |
| Money And Securities (Off Premises) | $2,000 |
| Money And Securities (On Premises) | $5,000 |
| Money Orders And Counterfeit Money | $1,000 |
| Newly Acquired Business Personal Property (applies only if this policy provides Coverage B - Business Personal Property) | $100,000 |
| Newly Acquired Or Constructed Buildings (applies only if this policy provides Coverage A - Buildings) | $250,000 |

Prepared
DEC 16 2019
CMP-4000

029560 294
N

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Continued on Reverse Side of Page

Page 3 of 7

RENEWAL DECLARATIONS (CONTINUED)

**Businessowners Policy for PUERTO JAIVO LLC**
**Policy Number       94-BS-T100-1**

| Coverage | Limit |
|---|---|
| Ordinance Or Law - Equipment Coverage | Included |
| Outdoor Property | $5,000 |
| Personal Effects (applies only to those premises provided Coverage B - Business Personal Property) | $2,500 |
| Personal Property Off Premises | $15,000 |
| Pollutant Clean Up And Removal | $10,000 |
| Preservation Of Property | 30 Days |
| Property Of Others (applies only to those premises provided Coverage B - Business Personal Property) | $2,500 |
| Signs | $2,500 |
| Valuable Papers And Records | |
|   On Premises | $10,000 |
|   Off Premises | $5,000 |
| Water Damage, Other Liquids, Powder Or Molten Material Damage | Included |

### SECTION I - EXTENSIONS OF COVERAGE - LIMIT OF INSURANCE - PER POLICY

The coverages and corresponding limits shown below are the most we will pay regardless of the number of described premises shown in these Declarations.

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| Loss Of Income And Extra Expense | Actual Loss Sustained - 12 Months |

### SECTION II - LIABILITY

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| Coverage L - Business Liability | $500,000 |

Prepared
DEC 16 2019
CMP-4000
029560

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Continued on Next Page

Page 4 of 7

**StateFarm**

M29559

**RENEWAL DECLARATIONS (CONTINUED)**

Businessowners Policy for PUERTO JAIVO LLC
Policy Number        94-BS-T100-1

| | |
|---|---|
| Coverage M - Medical Expenses (Any One Person) | $5,000 |
| Damage To Premises Rented To You | $300,000 |
| | LIMIT OF INSURANCE |
| **AGGREGATE LIMITS** | |
| Products/Completed Operations Aggregate | $1,000,000 |
| General Aggregate | $1,000,000 |

Each paid claim for Liability Coverage reduces the amount of insurance we provide during the applicable annual period. Please refer to Section II - Liability in the Coverage Form and any attached endorsements.

Your policy consists of these Declarations, the BUSINESSOWNERS COVERAGE FORM shown below, and any other forms and endorsements that apply, including those shown below as well as those issued subsequent to the issuance of this policy.

**FORMS AND ENDORSEMENTS**

| | |
|---|---|
| CMP-4100 | Businessowners Coverage Form |
| FE-6999.2 | *Terrorism Insurance Cov Notice |
| CMP-4204.2 | Amendatory Endorsement |
| CMP-4705.2 | Loss of Income & Extra Expnse |
| CMP-4709 | Money and Securities |
| CMP-4561.1 | Policy Endorsement |
| FE-3650 | Actual Cash Value Endorsement |
| FD-6007 | Inland Marine Attach Dec |

\* New Form Attached

Prepared
DEC 16 2019
CMP-4000

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Businessowners Policy for PUERTO JAIVO LLC
Policy Number        94-BS-T100-1

This policy is issued by the State Farm Fire and Casualty Company.

### Participating Policy

You are entitled to participate in a distribution of the earnings of the company as determined by our Board of Directors in accordance with the Company's Articles of Incorporation, as amended.

In Witness Whereof, the State Farm Fire and Casualty Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

*Lynne M. Yowell*
Secretary

*Michael F. Tipsord*
President

### NOTICE TO POLICYHOLDER:

For a comprehensive description of coverages and forms, please refer to your policy.

Policy changes requested before the "Date Prepared", which appear on this notice, are effective on the Renewal Date of this policy unless otherwise indicated by a separate endorsement, binder, or amended declarations. Any coverage forms attached to this notice are also effective on the Renewal Date of this policy.

Policy changes requested after the "Date Prepared" will be sent to you as an amended declarations or as an endorsement to your policy. Billing for any additional premium for such changes will be mailed at a later date.

If, during the past year, you've acquired any valuable property items, made any improvements to insured property, or have any questions about your insurance coverage, contact your State Farm agent.

Please keep this with your policy.

Prepared
DEC 16 2019
CMP-4000
029561

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Continued on Next Page

**StateFarm**

M 29559

## RENEWAL DECLARATIONS (CONTINUED)

Businessowners Policy for PUERTO JAIVO LLC
Policy Number        94-BS-T100-1



### Your coverage amount....

It is up to you to choose the coverage and limits that meet your needs. We recommend that you purchase a coverage lim equal to the estimated replacement cost of your structure. Replacement cost estimates are available from building contractor and replacement cost appraisers, or, your agent can provide an estimate from Xactware, Inc. using information you provid about your structure. We can accept the type of estimate you choose as long as it provides a reasonable level of detail abou your structure. State Farm does not guarantee that any estimate will be the actual future cost to rebuild your structure. Highe limits are available at higher premiums. Lower limits are also available, as long as the amount of coverage meets ou underwriting requirements. We encourage you to periodically review your coverages and limits with your agent and to notify u: of any changes or additions to your structure.

Prepared
DEC 16 2019
CMP-4000

)29562 294

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 7 of 7

NOV 0 8 2021

&StateFarm

State Farm Fire and Casualty Company

October 26, 2021

FILED
APR 10 2023
LESLIE MASON
CIRCUIT CLERK

State Farm Insurance Companies
Enterprise SIU
PO Box 52257
Phoenix, AZ 85072-2257

PUERTO JAIVO LLC
C/O TERRY M. MCVEY
CROW, REYNOLDS, SHETLEY, MCVEY & SCHERER
P.O. BOX 189
KENNETT, MO 63857

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

RE:  Claim Number:    04-05X7-34V
     Policy Number:   94-BS-T100-1
     Insured:         Puerto Jaivo LLC
     Date of Loss:    April 11, 2020

Dear Diana Olivas:

State Farm Fire and Casualty Company has completed its investigation of your claim presented for a fire at Puerto Jaivo, 1000 Ohlendorf Rd, Osceola, AR. Based on its investigation, State Farm Fire and Casualty Company must deny the claim for the fire and resulting damages to your property at 1000 Ohlendorf Rd, Osceola, AR.

The investigation revealed a loss did not meet the definition of an accidental direct physical loss. Additionally, the insured misrepresented material facts during the presentation of the claim.

State Farm Fire and Casualty Company relies on the complete policy contract, as if copied in its entirety. We call your attention to the following language that is the basis for this denial from the Bus-Mercantile policy Form CMP-4100.

**SECTION I – PROPERTY**

When a Limit Of Insurance is shown in the Declarations for that type of property as described under **Coverage A – Buildings**, **Coverage B – Business Personal Property**, or both, we will pay for accidental direct physical loss to that Covered Property at the premises described in the Declarations caused by any loss as described under **SECTION I — COVERED CAUSES OF LOSS**.

**SECTION I – COVERED CAUSES OF LOSS**

We Insure for accidental direct physical loss to Covered Property unless the loss is:

1. Excluded in **SECTION I — EXCLUSIONS**; or
2. Limited in the **Property Subject To Limitations** provision.

**SECTION I AND SECTION II – COMMON POLICY CONDITIONS**



EXHIBIT 2

PUERTO JAIVO LLC
04-05X7-34V
Page 2
October 26, 2021

2. **Concealment, Misrepresentation Or Fraud**

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

a. This policy;
b. The Covered Property;
c. Your interest in the Covered Property; or
d. A claim under this policy.

For these and other good and valid reasons, both known and unknown, State Farm Fire and Casualty Company denies the claim presented. State Farm Fire and Casualty Company expressly reserves all rights and defenses which are available to it under the insurance contract by law and otherwise, and it does not waive any such rights or defenses which it now has or which may become known in the future.

If you have questions concerning this decision, please contact Claim Specialist Toni Green at (800) 331-1169, ext. 3099946086.


Sincerely,


Richie Stephens
Team Manager
Special Investigative Unit
(800) 331-1169
State Farm Fire and Casualty Company



State Farm Fire and Casualty Company

October 26, 2021

NOV 0 8 2021

State Farm Insurance Companies
Enterprise SIU
P.O. Box 52257
Phoenix, AZ 85072-2257

PUERTO JAIVO LLC
C/O TERRY M. MCVEY
CROW, REYNOLDS, SHETLEY, MCVEY & SCHERER
P.O. BOX 189
KENNETT, MO 63857

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

RE:  Claim Number:   04-05X7-34V
     Policy Number:  94-BS-T100-1
     Insured:        Puerto Jaivo LLC
     Date of Loss:   April 11, 2020

Dear Diana Olivas:

State Farm Fire and Casualty Company has completed its investigation of your claim presented for a fire at Puerto Jaivo, 1000 Ohlendorf Rd, Osceola, AR. Based on its investigation, State Farm Fire and Casualty Company must deny the claim for the fire and resulting damages to your property at 1000 Ohlendorf Rd, Osceola, AR.

The investigation revealed a loss did not meet the definition of an accidental direct physical loss. Additionally, the insured misrepresented material facts during the presentation of the claim.

State Farm Fire and Casualty Company relies on the complete policy contract, as if copied in its entirety. We call your attention to the following language that is the basis for this denial from the Bus-Mercantile policy Form CMP-4100.

**SECTION I – PROPERTY**

When a Limit Of Insurance is shown in the Declarations for that type of property as described under **Coverage A – Buildings**, **Coverage B – Business Personal Property**, or both, we will pay for accidental direct physical loss to that Covered Property at the premises described in the Declarations caused by any loss as described under **SECTION I – COVERED CAUSES OF LOSS**.

**SECTION I – COVERED CAUSES OF LOSS**

We insure for accidental direct physical loss to Covered Property unless the loss is:

1. Excluded in **SECTION I – EXCLUSIONS**; or
2. Limited in the **Property Subject To Limitations** provision.

**SECTION I AND SECTION II – COMMON POLICY CONDITIONS**

PUERTO JAIVO LLC
04-05X7-34V
Page 2
October 26, 2021

2. **Concealment, Misrepresentation Or Fraud**

   This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

   a. This policy;
   b. The Covered Property;
   c. Your interest in the Covered Property; or
   d. A claim under this policy.

For these and other good and valid reasons, both known and unknown, State Farm Fire and Casualty Company denies the claim presented. State Farm Fire and Casualty Company expressly reserves all rights and defenses which are available to it under the insurance contract by law and otherwise, and it does not waive any such rights or defenses which it now has or which may become known in the future.

If you have questions concerning this decision, please contact Claim Specialist Toni Green at (800) 331-1169, ext. 3099946086.

Sincerely,

Richie Stephens
Team Manager
Special Investigative Unit
(800) 331-1169
State Farm Fire and Casualty Company